

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2017

No. 04-17-00692-CV

**COMAL AG OPERATIONS, LLC,**
Appellants

v.

Justin **KELLEY,** Emily Kelley, Valmark Chevrolet, Federated Insurance,
Appellees

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0910-CV-A
Jessica Crawford, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on October 30, 2017.  *See* TEX. R. APP. P. 35.1(a).  On October 24, 2017, court reporter Lori Schmid filed a notification of late reporter's record.  It stated Appellant has not requested or paid for the record and is not entitled to a free reporter's record on appeal.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.  If Appellant fails to respond within the time provided, Appellant must file a brief with this court within TWENTY DAYS after the clerk's record is filed, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due not later than TEN DAYS from the date Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court